Maria E. Quiroga
Nevada State Bar Number: 13939
7935 W. Sahara Ave.
Suite #103
Las Vegas, NV 89117
(702) 972-8348
Maria@QuirogaLawOffice.com
*Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| VERONICA VALERIO DE BUENDIA and FILIBERTO HERNANDEZ SANTANA**,** | CASE NO.: 2:23-cv-00656-JCM-BNW |
| Plaintiffs, | **JOINT STIPULATION FOR DISMISSAL OF CASE WITHOUT PREJUDICE** |
| v. | |
| LOREN K. MILLER, ALEJANDRO MAYORKAS, UR MENDOZA JADDOU, ANTONY J. BLINKEN, PHILLIP SLATTERY, and RICHARD C. VISEK. | NOTED WITHOUT ORAL ARGUMENT |
| Defendants. | |

Pursuant to Rule (41)(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Veronica Valerio De Buendia and Filiberto Hernandez Santana, by and through their attorney, and attorney for the Defendants, respectfully submit this Joint Stipulation for Dismissal of Case Without Prejudice.

At this time Defendants have adjudicated and approved what was requested in Plaintiffs' Complaint. The parties therefore agree that this Complaint is now moot and move to dismiss the case without prejudice. The parties further agree that upon dismissal each party is to bear its own fees and costs for litigation on this case.

1  Respectfully submitted on this 27th day of February 2025.

2  Quiroga Law Office, PLLC

3  By: s/*Maria E. Quiroga*                              By: s/Richard T. Colonna
    Maria E. Quiroga                                         Richard T. Colonna
4                                                          Assistant United States Attorney

5  *Attorney for Plaintiffs*                                   *Attorney for the United States*

6

7                                              IT IS SO ORDERED:

8                                              _____
                                            UNITED STATES DISTRICT JUDGE

9                                              DATED: March 3, 2025

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24